UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Alex Borrego  
    Rosa Borrego  
        Debtor(s)

Case No. 13 B 01830

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/17/2013.

2) The plan was confirmed on 03/25/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/25/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was Dismissed on 07/29/2013.

6) Number of months from filing to last payment: 3.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $668.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$668.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $363.70 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $28.72 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$392.42** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Account Control Systems, Inc. | Unsecured | 111.00 | NA | NA | 0.00 | 0.00 |
| Allied Interstate | Unsecured | 289.00 | NA | NA | 0.00 | 0.00 |
| Allied Interstate | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Allied Interstate | Unsecured | 1,252.00 | NA | NA | 0.00 | 0.00 |
| Ally Financial | Unsecured | 0.00 | 4,445.44 | 4,445.44 | 0.00 | 0.00 |
| ALW Sourcing LLC | Unsecured | 639.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 1,172.00 | 1,149.66 | 1,149.66 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | NA | 1,502.71 | 1,502.71 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 551.00 | 551.14 | 551.14 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 1,189.00 | 1,188.60 | 1,188.60 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 490.00 | 490.73 | 490.73 | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 338.00 | 338.11 | 338.11 | 0.00 | 0.00 |
| Asset Acceptance LLC | Unsecured | 1,457.00 | NA | NA | 0.00 | 0.00 |
| AT T | Unsecured | 258.00 | NA | NA | 0.00 | 0.00 |
| AT T | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |
| Berwyn Police Department | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Budzik & Dynia | Unsecured | 897.00 | NA | NA | 0.00 | 0.00 |
| Cabrera & Associates, PC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Capital Management Services | Unsecured | 15,561.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 2,020.00 | NA | NA | 0.00 | 0.00 |
| City Of Berwyn | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 3,000.00 | 732.00 | 732.00 | 0.00 | 0.00 |
| City of Countryside | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Collection Bureau of America | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Collection Company of America | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Collection Management Services | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 982.00 | NA | NA | 0.00 | 0.00 |
| Compucredit/Tribute | Unsecured | 896.00 | NA | NA | 0.00 | 0.00 |
| Constar Financial Services | Unsecured | 4,445.00 | NA | NA | 0.00 | 0.00 |
| Consumer Cellular | Unsecured | 97.00 | 99.64 | 99.64 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Credit Collection Services | Unsecured | 189.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection SE | Unsecured | 358.00 | NA | NA | 0.00 | 0.00 |
| Dish Network | Unsecured | 322.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Corp. | Unsecured | 530.00 | NA | NA | 0.00 | 0.00 |
| Executive Collection Bureau | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| First Premier First Premier | Unsecured | 560.00 | NA | NA | 0.00 | 0.00 |
| First Premier First Premier | Unsecured | 553.00 | NA | NA | 0.00 | 0.00 |
| Ford Motor Cedit | Unsecured | 12,676.00 | 23,818.98 | 23,818.98 | 0.00 | 0.00 |
| Goble & Axelrod | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Greater Suburban Accept. Corp. | Unsecured | 8,244.00 | 2,690.29 | 2,690.29 | 0.00 | 0.00 |
| H.E. Stark Agency, Inc. | Unsecured | 485.00 | NA | NA | 0.00 | 0.00 |
| Harris & Harris Ltd. | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 40,000.00 | 1,416.90 | 1,416.90 | 0.00 | 0.00 |
| J.R.S.-I, Inc. | Unsecured | 1,115.00 | NA | NA | 0.00 | 0.00 |
| James M. Fieldhouse, DDS | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| JBC & Associates | Unsecured | 1,554.00 | NA | NA | 0.00 | 0.00 |
| JBC & Associates | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| JC Christensen and Assoc, Inc | Unsecured | 14,675.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 896.00 | 896.50 | 896.50 | 0.00 | 0.00 |
| KCA Financial Services | Unsecured | 126.00 | NA | NA | 0.00 | 0.00 |
| La Quinta Innc, Inc | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| LHR Inc. | Unsecured | 518.00 | NA | NA | 0.00 | 0.00 |
| M3 Financial Services | Unsecured | 238.00 | NA | NA | 0.00 | 0.00 |
| MacNeal Hospital | Unsecured | 3,271.00 | NA | NA | 0.00 | 0.00 |
| Malcolm S. Gerald and Assoc. | Unsecured | 1,365.00 | NA | NA | 0.00 | 0.00 |
| Marshall Fields | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| MCI Worldcom | Unsecured | 670.00 | NA | NA | 0.00 | 0.00 |
| MCM | Unsecured | 593.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial System | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| NCO Portfolio Management | Unsecured | 447.00 | NA | NA | 0.00 | 0.00 |
| Northland Group | Unsecured | 2,045.00 | NA | NA | 0.00 | 0.00 |
| Oral and Maxillofacial Surgery | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| Oxford Management Services | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| Palisades Collection | Unsecured | 913.00 | NA | NA | 0.00 | 0.00 |
| Pentagroup Financial LLC | Unsecured | 361.00 | NA | NA | 0.00 | 0.00 |
| Perimeter Credit | Unsecured | 960.00 | NA | NA | 0.00 | 0.00 |
| Pillars | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Powers & Moon, LLC | Unsecured | 298.00 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 362.00 | 361.56 | 361.56 | 0.00 | 0.00 |
| Premium Credit Corporation | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| Professional Account Mgmt | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| Professional Adjustment Corp | Unsecured | 524.00 | NA | NA | 0.00 | 0.00 |
| Professional Credit Services | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| Regional Acceptance | Secured | 14,614.00 | 14,765.65 | 6,725.00 | 253.83 | 21.75 |
| Regional Acceptance | Unsecured | NA | 8,040.65 | 8,040.65 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | NA | 825.17 | 825.17 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 0.00 | 467.98 | 467.98 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 0.00 | 275.74 | 275.74 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | NA | 477.29 | 477.29 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 9,986.00 | 9,985.51 | 9,985.51 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 518.00 | 470.93 | 470.93 | 0.00 | 0.00 |
| Risk Management Alternatives | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| RJM Pathology Consultants | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| Sprint | Unsecured | 356.00 | NA | NA | 0.00 | 0.00 |
| Sprint Nextel | Unsecured | 361.00 | 717.94 | 717.94 | 0.00 | 0.00 |
| Sunrise Credit Services, Inc. | Unsecured | 922.00 | NA | NA | 0.00 | 0.00 |
| Suran and Suran | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| TeleCheck Recovery Services | Unsecured | 121.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Total Card, Inc. | Unsecured | 369.00 | NA | NA | 0.00 | 0.00 |
| Tristate Financial | Unsecured | 535.00 | NA | NA | 0.00 | 0.00 |
| TRS Recovery | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| Village of Bellwood | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Village of Bridgeview | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Village of Hillside | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Village of Justice | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Village of Lagrange | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Village of Rosemont | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Village OF Rosemont. | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Village of Stickney | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| Village of Stone Park | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| West Asset Management | Unsecured | 640.00 | NA | NA | 0.00 | 0.00 |
| Wexler and Wexler | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| Windsor Group | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $6,725.00 | $253.83 | $21.75 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$6,725.00** | **$253.83** | **$21.75** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$60,943.47** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $392.42 |
| Disbursements to Creditors | $275.58 |
| **TOTAL DISBURSEMENTS :** | **$668.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/11/2013                                By: /s/ Marilyn O. Marshall
                                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**